**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEVIN LYNN FERNANDEZ,<br><br>      Plaintiff - Appellant,<br><br>   v.<br><br>STATE OF NEVADA; et al.,<br><br>      Defendants - Appellees. | No. 08-15947<br><br>D.C. No. 3:06-CV-00628-LRH-RAM<br><br>MEMORANDUM [*] |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:      GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

   Kevin Lynn Fernandez, a Nevada state prisoner, appeals pro se from the

district court's order denying his motion for leave to proceed using a pseudonym.

---

   [*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).  Accordingly, Fernandez's
request for oral argument is denied.

JK/Research

We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1069 (9th Cir. 2000).  We affirm.

The district court did not abuse its discretion by denying leave to proceed using a pseudonym because there were no special or unusual circumstances that justified protection of Fernandez's identity.  *See United States v. Stoterau*, 524 F.3d 988, 1012-14 (9th Cir. 2008) (rejecting a request for a pseudonym based on the nature of the prisoner's conviction as a sex offender "because this concern is equally present for all similarly situated sex offenders who face prison sentences," and questioning the value of pseudonymity where the prisoner's conviction was a matter of public record and many of the documents were not submitted under seal).

**AFFIRMED.**